883 A.2d 1054

JALIYAH MUHAMMAD, PLAINTIFF–MOVANT, v. COUNTY BANK OF REHOBOTH BEACH, DELAWARE; EASY CASH; TELE-CASH; AND MAIN STREET CORPORATION, DEFENDANTS–RESPONDENTS.

September 21, 2005.

ORDERED that the motion for leave to appeal is granted.

883 A.2d 1055

DEBORAH HEART AND LUNG CENTER, PLAINTIFF–MOVANT, v. CLIFTON R. LACY, M.D., COMMISSIONER OF THE DEPARTMENT OF HEALTH AND SENIOR SERVICES, RESPONDENT, AND DEPARTMENT OF HEALTH, DEFENDANT–RESPONDENT.

September 30, 2005.

ORDERED that the motion for reconsideration of the denial of plaintiff's petition for certification is granted; and it is further

ORDERED that the June 22, 2005, Order of the Court denying plaintiff's petition for certification is vacated.